## Henry Jeisley, plaintiff in error *against* John Haiter.

Court will not set aside a judgment entered by default in the Court of Common Pleas, where there has been no rule to plead; but will set aside an execution which has issued before narr. filed.

WRIT of error to Berks county.

The case was submitted to the court without argument.

It appeared on inspection of the record, that judgment had been entered in the Common Pleas by default, although no rule to plead had been entered; and a *ca. sa.* had issued returnable to January term 1799, though the declaration was not filed till the 5th March following.

The court on the ground of established practice in the Common Pleas, affirmed the judgment, but reversed the proceedings so far as they respected the execution.

Mr. E. Tilghman, for the plaintiff in error.

Mr. Porter, for the defendant.